# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>McKenzie MCCLURE<br>a/k/a Kalvin McClure<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  24-mj-4157 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Feb. 14, 2024, through the present__ in the county of __Williamson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See Attachment C - Statement of Facts in Support of a Criminal Complaint

☑ Continued on the attached sheet.

/s/ Nathan Livesey (signed electronically)
*Complainant's signature*

Nathan Livesey, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 27, 2024

*Judge's signature*

Magistrate Judge Alistair E. Newbern
*Printed name and title*

City and state: Nashville, Tennessee

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>McKENZIE MCCLURE<br>a/k/a Kalvin McClure | Case No. 3:24-mj-4157 |

## ATTACHMENT C

## STATEMENT OF FACTS IN SUPPORT OF A CRIMINAL COMPLAINT

1. Your affiant, Nathan Livesey, is a Special Agent with the Federal Bureau of Investigation (the "FBI") assigned to the Memphis Field Office – Nashville Resident Agency. As an FBI Special Agent, I investigate weapons of mass destruction violations and other threats of violent crime. As an FBI Special Agent, I am authorized by law to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of federal criminal laws.

2. I make this statement in support of a Criminal Complaint to charge McKenzie MCCLURE, also known as "Kalvin McClure" ("MCCLURE"), with Cyberstalking, in violation of Title 18, United States Code, Section 2261A(2) ("the Target Offense"), which criminalizes the conduct of a person who, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service, or any facility of interstate or foreign commerce to engage in a course of conduct that causes substantial emotional distress to that person or places that person in reasonable fear of the death of, or serious bodily injury to, that person, or an immediate family member, or the spouse or intimate partner of that person.

3. The statements made herein are based on information from various sources and does not contain each and every known fact relating to this investigation. Instead, the facts listed below are made to establish probable cause for the Target Offense.

**PROBABLE CAUSE**

4. Christ Presbyterian Academy ("CPA") is a private, coeducational, college-preparatory school for grades preschool through 12 and is located on the main campus of Christ Presbyterian Church. CPA provides transformational education through a Christian worldview and offers extensive programs to develop the diverse potential of each student. According to school officials, MCCLURE attended CPA from 1999-2004.

5. On March 24, 2024, CPA received a disconcerting voicemail from cellular telephone number (615) 362-6644 (later determined to be subscribed to MCCLURE), during which MCCLURE stated the following:[1]

> My name used to be legally McKenzie Anne Stephens [the caller also provides her social security number]. Ya'll already know who I am. Um, I have quite literally not only photographed Jared Fogle, his lawyers, his tax attorney's lawyers, and trust me when I say unless you want another Deadpool 2, you killed by my hand type of stuff. You know exactly what I am talking about. Um, how about let me not here Art voice, Art's voice. Thank you Mrs. Zellner, 2nd Grade. Not only for saving my life, but for um getting everyone else in style and in check thank you Lynn Hodges. I don't care about no Scott Sauls, I don't care about no Prime Video, I don't care about no Bezos. You know what I think about every time I drive by? Not even get out. Every time I look. Every time I think about my childhood. You know what I think about every single time I put my head to sleep at night? You know what I think about every morning? First of all, you don't want to know. Second of all, I thought we already proved that the Stanford Prison Experiment doesn't work. What is the definition of insanity? That is a rhetorical question. The silence in that room, on that morning, when Mrs. Elson. I can't even remember that. Was in the hall with Mrs. Zellner she tried to open the door to go back into the classroom fuck 5, 6 times, and Mrs. Elson was like wait no you gotta know this, wait you gotta know this. I look back and I started to seeing people walking around in the hallways. I already knew something was wrong. Ok, we don't have to talk the Armenian Genocide. I

---

[1] As discussed below, MCCLURE later confirmed to law enforcement that she made the call to CPA referenced herein.

grew up at 8209 Chatham Court, no last time I checked that spelling is C-h-a-t-h-a-m I think Court. You know it makes this as hard as possible for, no, no. You can't sneak up on me, you can't sneak up on my friends if Salah. You wanna talk about the Code of Hammurabi, you wanna talk to Heson? You wanna talk to the President? Or do you wanna call a bluff again, and crash another plane into some towers and a pentagon about it. Let's get with the fuckin program ladies, gentlemen, and all other configurations of being. If that annoys you, open up a book, read something, learn biology, do literally anything else other than look and worrying about other people's not only lives but their genitals. Do you guys even see how fucking insane that is? That is a rhetorical question. Did you know Mrs. Zellner had to go do yard work outside alone with a knife under her apron just in case some fucker got an idea while she was on her rounds watching. Oh, people won't understand this reference, um you wanna talk about code switching, you wanna talk about bullshit, you wanna talk about public safety, international safety, do you wanna fuck around. Ya'll already know where I live, oh no he's gonna *unintelligible*. Ok, and I spent how many days sheltered in place, legally ordered by not only the state but America at Steven Pipen's house? Oh, by the way, your quote unquote date is going on a murderous rampage again.

6. A review of the movie Deadpool 2, referenced by the caller in this voicemail, revealed that Deadpool, a Marvel superhero and the movie's main character, and other characters respond to a standoff between authorities and an unstable young mutant at an orphanage, which is deemed a "Mutant Reeducation Center." In the movie, the orphanage is run by the brutal headmaster who abuses the young mutants who live there. When Deadpool realizes that a young mutant has been abused by the orphanage staff, Deadpool kills one of the staff members whom the young mutant identified as his abuser. Deadpool and another character were arrested and restrained, but later discussed their desire to kill the headmaster whom they believed takes pleasure in torturing the mutants at the orphanage. Over the course of the film, characters continue to conspire to kill the headmaster and eventually return to the orphanage to do so.

7. Upon listening to the threatening nature of this voicemail, school officials closed the school and contacted parents and law enforcement.

8. CPA school officials identified MCCLURE as the individual who had possibly left the voicemail and reported this to law enforcement.

3

### MCCLURE's Interview on March 25, 2024

9. On March 25, 2024, Tennessee Department of Homeland Security Agents interviewed MCCLURE. During this interview, MCCLURE confirmed she posted the video of her filming CPA to her X account on February 25, 2024, and she left the March 24, 2024, voicemail discussed above. MCCLURE said she did not intend to alarm or physically harm anyone at CPA or herself, but she acknowledged how her actions were perceived and apologized for causing any inconvenience. █████████████████████████████████████████████
████████████████████████

### Phone Tolls

10. Based upon records received from AT&T, (615) 362-6644 is subscribed to by MCCLURE. Toll records associated with (615) 362-6644 confirm that MCCLURE used this cellular telephone to call CPA on March 24, 2024, around the same time as the voicemail referenced above was left with the school.

### MCCLURE's X Corp. Account - @KaiNumberNine

11. X Corp. owns and operates X, formerly known as Twitter (and referred to herein as "Twitter"), a social networking and microblogging service that can be accessed at http://www.twitter.com and via the Twitter mobile application ("app"). Generally, Twitter allows users to register and create an account; to personalize (if desired) an account profile page; and to send and receive communications via the platform. These functionalities are discussed in more detail below.

12. Twitter permits its users to communicate via messages that can contain photos, videos, links, and/or a maximum of 280 characters of text. Users can choose to share these messages, called "Tweets," with the public or, alternatively, to "protect" their Tweets by making

them viewable by only a preapproved list of "followers." Each Tweet includes a timestamp that displays when the Tweet was posted to Twitter. Users can also Tweet a copy of other Tweets ("retweet") or Tweet a reply to another Tweet. Users can also indicate that they like a Tweet by clicking on a heart icon that appears next to each Tweet on the platform.

13. I know from my training and experience that X Corp is a social media platform that utilizes interactive computer services, electronic communication services, and other electronic communication systems that affect interstate commerce.

14. On March 25, 2024, Tennessee Department of Homeland Security notified the FBI and based upon their interview of MCCLURE, provided information verifying the caller's identity as MCCLURE and identified her X Corp. (Twitter) account as @KaiNumberNine. Records received from X Corp. confirm this account is registered to MCCLURE's (615) 362-6644 phone number with an associated email address of msteph03@leeu.edu.

15. In reviewing MCCLURE's publicly available Twitter account, Agents observed numerous posts regarding CPA, previous CPA Senior Pastor Scott Sauls, Senator Marsha Blackburn, Governor Bill Lee, the FBI, and Tennessee Department of Homeland Security. Summarized below are a number of these posts that are directed towards CPA, individuals associated with CPA, or other concerning topics:

    a. On February 14, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, posted the following: "Y'all know how/why the Columbine shooting happened? There was a ban on assault weapons that expired in the 90's. It only applied to weapons made/owned after the bank took effect on 9/13/1994. They got their guns from A GUN SHOW. The ban expired in 2004. And guess what we've seen since the ban expired?

5

Case 3:24-mj-04157    Document 17    Filed 05/06/24    Page 6 of 17 PageID #: 48

Not only more school shootings, but more school shootings from automatic an[] automatic weapons."

      b.      On February 22, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, posted the following: "Anyways, CPC/CPA exists on actual scared ground so um. Don't do anything fucking stupid about it."

      c.      On February 24, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, posted the following: "I hope CPAC knows that using a religious exemption for the literal tax fraud against my name will not go well for them lmao."

      d.      On February 25, 2024, approximately one month prior to the voicemail referenced above was left with CPA, @KaiNumberNine, the account subscribed to by MCCLURE, posted a video that was filmed on CPA's exterior school grounds. During this video, MCCLURE discussed her time as a CPA student, feeling a big boom, and the fire alarms going off. MCCLURE also talked about a fireball, smoke, and watching the school burn while no one could do anything about it. MCCLURE commented that this is what happens when government officials ignore credible terrorist claims, and "George W." will not make that mistake again. During the video, MCCLURE appears to use CPA's door handles to see if she can access the school during the recording (*see* paragraph 13 below). Below is a still image/photograph from MCCLURE's video where MCCLURE filmed the exterior of the school while on school grounds. [As stated above, MCCLURE confirmed to law enforcement that she posted this video to her X account @KaiNumberNine.]

6



e. On February 26, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, posted the following in response to individuals commenting on the post of her prior audio and video recording of CPA's grounds:



7

16. CPA's surveillance cameras captured MCCLURE walking the grounds of CPA on February 25, 2024, between approximately 2:40 p.m. and 3:23 p.m. A review of some images from the surveillance footage, which are set forth below, capture MCCLURE attempting to open the doors by pressing the handicap button and standing near the door and door handle (the first two images), flipping off the school with both hands (the third image), and photographing a display showing the map of the school grounds (the fourth image).






9



Post▓▓▓▓▓▓ Social Media Posts

17. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓ MCCLURE made the following posts to her Twitter (X) account:

a. On April 10, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, posted the following: "Let me make it ABSOLUTLEY CLEAR, it is not only INSANE but INFLAAMMATORY and just down right SLANDER and LIBEL to attribute me. Formerly McKenzie Anne Stephens. Legally, TO CALL ME A TERRORIST. To even THINK or HINT that I'm one. God DAMN, Blackburn and Lee. Y'all really be jumping to the wildest conclusions. Maybe, idk, DO YOUR JOB AND STOP WASTING HOMELAND SECURITY'S TIME OVER ONE OF YOUR HUGEST SECURITY ASSETS?! The camera from Mary Grace's old house on Old Hickey was shown on the news for like, 5 seconds before the CIA said NO considering like … it was the EMP's that went off at CPAC while we were at school. I hope the interim …"

b. Later that same day, on April 10, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, posted the following: "Also if you think any of my posts or actions were threats or calls to violence, just know you're a fucken dumbass and that was 100% on you. Go to a doctor with that level of paranoia. That's not the reality I wanna live

in. Like no one is forcing you to sit down and read every single one of my posts, and if someone is, my GOD. I am so sorry haha."

      c.      On April 12, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, posted the following: "I wonder what the fuck Scott Sauls is doing right about now haha." [I know Scott Sauls to be a former pastor at Christ Presbyterian Church.]

      d.      Later that same day, on April 12, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, posted the following: "i ain't even gonna lie… the most dehumanizing and infantilizing thing that happened to us CPC/CPA kids post 9/11 was when wehad to go outside to walk to class and they wouldn't let us look past the plastic that covered up america's war crimes … no no no, we'll let you play marbles outside in the walkway pavilion but mommy had to come home early to pick us up if we went behind our teachers'/handlers' backs to peek anyway."

      e.      On April 16, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, made another post referencing CPA and its alleged connection to another conspiracy theory:

11

Case 3:24-mj-04157    Document 17    Filed 05/06/24    Page 12 of 17 PageID #: 54




f. On April 25, 2024, @KaiNumberNine, the account subscribed to by MCCLURE, made the following post on the same day that Government Lee, whose wife worked at CPA prior to April 2024, visited CPA's campus:

12



Victim Interviews

18. On April 23, 2024, agents conducted interviews with several individuals at CPA. VICTIM 1 has been employed at CPA since July 2023 and expressed that he enjoys his work and role at the school. Upon hearing the voicemail, VICTIM 1 was scared for his three children who attend CPA and was also concerned for his three nieces who transferred to CPA from The Covenant School after the mass shooting that occurred there on March 27, 2023. VICTIM 1 had an immediate fear of a repeat of The Covenant School shooting and the decision to close the school caused some traumatic responses. VICTIM 1 was unsettled by MCCLURE's video of her visit to the CPA Campus in February, which when considered alongside the voicemail she left, now makes him fearful when he is on campus. VICTIM 1 is in constant fear for his safety and the safety of his students. VICTIM 1 stated that MCCLURE's actions have caused individuals associated with the school and church to feel harassed, intimidated, and fearful for their physical safety and the safety of others, which has led to increased anxiety and a sense of insecurity related to school attendance.

19. VICTIM 2 has been employed at CPA for eight years and loves her current position. Upon hearing the voicemail, VICTIM 2 was fearful and upset. Once VICTIM 2 learned the same individual who left the voicemail had also been on campus in February, she felt even more fearful

13

Case 3:24-mj-04157    Document 17    Filed 05/06/24    Page 14 of 17 PageID #: 56

and threatened. The actions of MCCLURE caused VICTIM 2 to change her daily behavior. She has become more vigilant and shows up to work before others to conduct a physical check of the facilities. VICTIM 2 no longer feels safe wearing school colors or CPA clothing in public. VICTIM 2 explained that she has developed increased anxiety levels because of MCCLURE's actions, and this increased anxiety is present with other staff as they fear for the safety of the students, staff, and themselves. VICTIM 2 noticed the parents of her students were also affected by MCCLURE's actions leading to the school closure. Parents appear to have increased levels of discomfort when dropping off their children, will sometimes hold hugs longer during drop off, and will occasionally become teary eyed during drop off. VICTIM 2 feels that MCCLURE's actions have intimidated her and others and caused them emotional distress because MCCLURE's actions demonstrated that she has access to the school and photos of staff, and because the disconcerting message left on the voicemail alluded to a massacre at a school.

20. VICTIM 3 has worked for CPA for since 2014 and enjoys her current position. Upon hearing the voicemail, VICTIM 3 was fearful and angry. Upon viewing the video posted by MCCLURE, VICTIM 3 became unsettled because MCCLURE walked past her office space outside of school hours and attempted to enter the building in which her office is housed multiple times. Since the voicemail and discovery of MCCLURE's Twitter account, VICTIM 3 has felt harassed and intimidated by the language and specificity of the posts, as well as the pinning of certain posts to ensure those posts are seen by visitors to MCCLURE's profile. The multiple posts and the voicemail have caused VICTIM 3 to experience a loss of peace of mind and anxiety, stressors which have bled over into her personal life and caused significant emotional distress.

21. VICTIM 4 has worked for CPA for approximately 13 years. Upon hearing the voicemail left by MCCLURE, VICTIM 4 felt concerned. Upon viewing the video posted by

MCCLURE, VICTIM 4 was terrified an act of violence would occur at CPA and feared what may happen due to CPA being an open campus. VICTIM 4 now fears for his safety while on campus. VICTIM 4 explained that this is a fear that he did not have prior to the voicemail left by MCCLURE. VICTIM 4 also reported that due to MCCLURE's actions, students and teachers have expressed concerns and fear for their safety. Many are concerned this threat may lead to another school shooting like that which occurred at The Covenant School. Since March 24, 2024, VICTIM 4 has felt anxious, harassed, and intimidated and has been fearful for himself and his family, which has bled over into his family life and is currently affecting his health.

22. VICTIM 5 has worked at CPA since 2010 and "absolutely" loves his job. Upon hearing the voicemail left by MCCLURE, VICTIM 5 felt scared for staff and kids and an overwhelming desire to try and protect the students. After viewing MCCLURE's X posts and listening to the voicemail, VICTIM 5 believes that MCCLURE is very intelligent and knows how to phrase things to toe the line of legality. The fact that MCCLURE visited the campus during an off time made VICTIM 5 concerned that MCCLURE may be plotting harm. Since the voicemail and video have come to his attention, VICTIM 5 stated his head is constantly on a swivel and he has become more vigilant. VICTIM 5 feels harassed and intimidated by MCCLURE's actions, which has caused him to be angry, fearful, and anxious about what may happen. Numerous other individuals have also brought concerns to VICTIM 5 regarding what MCCLURE may do to students and faculty at CPA.

23. VICTIM 6 has worked for CPA for approximately 18 years and was fearful for his students upon hearing the voicemail left by MCCLURE. Moreover, this fear increased when he looked up the plot to Deadpool 2. After he reviewed the video posted by MCCLURE on her Twitter (X) Account, VICTIM 6 became terrified and reviewed internal security footage. This footage

15

captured MCCLURE taking a ride share to the CPA campus and walking around, stopping to take photos of campus maps, attempting to enter the church building, and displaying a double middle finger to the school seal. VICTIM 6 was involved in the decision to close the school on March 25, 2024. VICTIM 6 advised that the decision to close the school was driven by the voicemail and Twitter (X) posts, coupled with the fact that the voicemail aligned with the week of The Covenant School shooting and MCCLURE was not in custody. VICTIM 6 stated that the closure of the school on March 25, 2024, also led to 30% of preschool parents and 10% of upper school students not attending school on March 26, 2024. VICTIM 6 has lived in a constant state of fight or flight and has been double checking physical security at his home and the CPA campus since MCCLURE left her voicemail. VICTIM 6 finds himself checking MCCLURE's Twitter (X) multiple times a day to ensure no threats or concerning statements have been posted regarding CPA. VICTIM 6 is currently experiencing fear and intimation due to the fact MCCLURE's actions have forced the school to close and hire additional security out of an abundance of caution.

## CONCLUSION

24. Based on the foregoing, probable cause exists to arrest MCCLURE for a federal violation of Title 18, United States Code, Section 2261A(2) (Cyberstalking), which criminalizes the conduct of a person who, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service, or any facility of interstate or foreign commerce to engage in a course of conduct that causes substantial emotional distress to that person or places that person in reasonable fear of the death of, or serious bodily injury to, that person, or an immediate family member, or the spouse or intimate partner of that person.